# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: STEINHOFF, CHRISTOPHER J
      STEINHOFF, CONNIE R

Case No. 07-16804

Chapter 7

Debtors

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/04/2009          By: /s/BRADLEY J. WALLER
                                      Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: STEINHOFF, CHRISTOPHER J
STEINHOFF, CONNIE R

Case No. 07-16804

Chapter 7

_____,
Debtors

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,029.30 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 11,029.30 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,852.93 | $ 142.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*     *Claimant*                *Allowed Amt. of Claim*    *Proposed Payment*

                             N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,242.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 13,941.27 | $ 1,336.46 |
| 2 | Recovery Management Systems Corporation | $ 840.94 | $ 80.62 |
| 3 | Chase Bank USA | $ 3,544.26 | $ 339.76 |
| 4 | Chase Bank USA | $ 27,733.32 | $ 2,658.61 |
| 5 | Chase Bank USA | $ 12,605.61 | $ 1,208.42 |
| 6 | US Dept of Education | $ 5,086.82 | $ 487.64 |
| 7 | LVNV Funding LLC its successors and assigns as Citibank | $ 2,957.11 | $ 283.48 |
| 8 | LVNV Funding LLC its successors and assigns as Citibank | $ 14,491.47 | $ 1,389.20 |
| | eCAST Settlement Corporation assignee of | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 9 | HSBC | $ 12,695.73 | $ 1,217.05 |
| 10 | Federated Retail Holdings, Inc. Marshall Fields | $ 345.59 | $ 33.13 |

Tardily filed claims of general (unsecured) creditors totaling $ 27,355.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 11 | American Infosource LP as agent for FIA Card Services | $ 27,355.66 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: mmiller              Page 1 of 2              Date Rcvd: Sep 17, 2007
Case: 07-16804                    Form ID: b9a               Total Served: 31
```

The following entities were served by first class mail on Sep 19, 2007.
```
db         +Christopher J Steinhoff,   2302 Weatherford Lane,   Naperville, IL 60565-3236
jdb        +Connie R Steinhoff,   2302 Weatherford Lane,   Naperville, IL 60565-3236
aty        +Ronald D Cummings,   Law Office of Ronald D Cummings,   121 Springfield Avenue,
             Joliet, IL 60435-6561
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
11610463    Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
11610464   +Blatt, Hasenmiller, Liebsker Moore,   125 South Wacker Drive #400,   Chicago, IL 60606-4440
11610468   +Citibank / Sears,   P.O. Box 20363,   Kansas City, MO 64195-0363
11610469   +Citizens Bank,   480 Jefferson Blvd,   Warwick, RI 02886-1359
11610471   +Edward Hospital & Health Services,   801 South Washington Street,   Naperville, IL 60540-7499
11610472    GMAC Mortgage,   P.O. Box 4622,   Waterloo, IA 50704-4622
11610473   +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
11610474   +HSBC Nv/GM Card,   Hsbc Card Srvs   Attn: Bankruptcy,   Po Box 5213,
             Carol Stream, IL 60197-5213
11610476   +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11610478   +Med Busi Bur,   1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
11610479    Merchant's Credit Guide Co.,   223 West Jackson Blvd. #900,   Chicago, IL 60606-6993
11610480   +Michael D. Fine Esq.,   131 South Dearborn Street,   5th Floor,   Chicago, IL 60603-5517
11610481   +Naperville Ear Nose & Throat,   10 W. Martin Avenue #260,   Naperville, IL 60540-6547
11610482   +Naperville Radiologists SC,   6910 South Madison Street,   Willowbrook, IL 60527-5577
11610483   +Revenue Production Management,   P.O. Box 830913,   Birmingham, AL 35283-0913
11610484   +Richard J. Boudreau and Assoc,   5 Industrial Way,   Salem, NH 03079-4866
11610485    Sears Credit Cards,   P.O. Box 183082,   Columbus, OH 43218-3082
11610486   +The Center for Surgery,   475 Diehl Rd.,   Naperville, IL 60563-1353
11610488   +US Dept of Education,   Po Box 5609,   Greenville, TX 75403-5609
11610487    University Fidelity Corp.,   P.O. Box 941911,   Houston, TX 77094-8911
```

The following entities were served by electronic transmission on Sep 18, 2007.
```
11610462   +EDI: BANKAMER.COM Sep 18 2007 00:53:00    Bank of America,   Po Box 26012,   Nc4-105-03-14,
             Greensboro, NC 27420-6012
11610463    EDI: BANKAMER2.COM Sep 18 2007 00:54:00    Bank of America,   P.O. Box 15726,
             Wilmington, DE 19886-5726
11610467   +EDI: CHASE.COM Sep 18 2007 00:54:00    Chase,   Attn: Correspondence Dept/Bankruptcy,
             Po Box 15919,   Wilmington, DE 19850-5919
11610465   +EDI: CHASE.COM Sep 18 2007 00:54:00    Chase,   Attn: Bankruptcy,   Po Box 15919,
             Wilmington, DE 19850-5919
11610466   +EDI: CHASE.COM Sep 18 2007 00:54:00    Chase,   800 Brooksedge Blvd,
             Westerville, OH 43081-2822
11610468   +EDI: SEARS.COM Sep 18 2007 00:54:00    Citibank / Sears,   P.O. Box 20363,
             Kansas City, MO 64195-0363
11610470   +EDI: DISCOVER.COM Sep 18 2007 00:54:00    Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
11610473   +EDI: HFC.COM Sep 18 2007 00:54:00    HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,
             Carol Stream, IL 60197-5213
11610474   +EDI: HFC.COM Sep 18 2007 00:54:00    HSBC Nv/GM Card,   Hsbc Card Srvs   Attn: Bankruptcy,
             Po Box 5213,   Carol Stream, IL 60197-5213
11610475   +EDI: TSYS.COM Sep 18 2007 00:54:00    Jc Penney,   Ge Money/Attn: Bankruptcy Dept,
             4125 Windward Plaza, Building 300,   Alpharetta, GA 30005-8738
11610485    EDI: SEARS.COM Sep 18 2007 00:54:00    Sears Credit Cards,   P.O. Box 183082,
             Columbus, OH 43218-3082
11610489   +EDI: WTRWFNNB.COM Sep 18 2007 00:54:00    Wfnnb/gander Mountain,   4590 E Broad St,
             Columbus, OH 43213-1301
                                                                                              TOTAL: 12
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11610477*  +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11610490*  +Wfnnb/gander Mountain,   4590 E Broad St,   Columbus, OH 43213-1301
                                                                                             TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1        User: mmiller         Page 2 of 2            Date Rcvd: Sep 17, 2007
Case: 07-16804              Form ID: b9a          Total Served: 31
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 19, 2007            Signature:    _Joseph Speetjens_

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: gbeemster             Page 1 of 2                   Date Rcvd: Dec 07, 2009
Case: 07-16804                 Form ID: pdf006             Total Noticed: 41

The following entities were noticed by first class mail on Dec 09, 2009.
db          +Christopher J Steinhoff,    2302 Weatherford Lane,    Naperville, IL 60565-3236
jdb         +Connie R Steinhoff,    2302 Weatherford Lane,    Naperville, IL 60565-3236
aty         +Ronald D Cummings,    Law Office of Ronald D Cummings,    121 Springfield Avenue,
              Joliet, IL 60435-6561
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11610463     Bank of America,    P.O. Box 15726,   Wilmington, DE 19886-5726
11610462    +Bank of America,    Po Box 26012,    Nc4-105-03-14,   Greensboro, NC 27420-6012
11610464    +Blatt, Hasenmiller, Liebsker Moore,    125 South Wacker Drive #400,    Chicago, IL 60606-4440
14349585     CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
11610465    +Chase,   Attn: Bankruptcy,    Po Box 15919,    Wilmington, DE 19850-5919
11610466    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
11610467    +Chase,   Attn: Correspondence Dept/Bankruptcy,    Po Box 15919,   Wilmington, DE 19850-5919
11743096     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,   seattle, WA 98124-3978
11610468    +Citibank / Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
11610469    +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
11610471    +Edward Hospital & Health Services,    801 South Washington Street,    Naperville, IL 60540-7499
11885781     FEDERATED RETAIL HOLDINGS, INC./MARSHALL FIELDS,    TSYS DEBT MGMT., INC.,   PO BOX 137,
              COLUMBUS, GA 31902-0137
11610472     GMAC Mortgage,    P.O. Box 4622,   Waterloo, IA 50704-4622
11610473    +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
11610474    +HSBC Nv/GM Card,    Hsbc Card Srvs   Attn: Bankruptcy,   Po Box 5213,
              Carol Stream, IL 60197-5213
11610476    +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
11610478    +Med Busi Bur,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
11610479     Merchant's Credit Guide Co.,    223 West Jackson Blvd. #900,    Chicago, IL 60606-6993
11610480    +Michael D. Fine Esq.,    131 South Dearborn Street,    5th Floor,   Chicago, IL 60603-5571
11610481    +Naperville Ear Nose & Throat,    10 W. Martin Avenue #260,    Naperville, IL 60540-6547
11610482    +Naperville Radiologists SC,    6910 South Madison Street,    Willowbrook, IL 60527-5577
11610483    +Revenue Production Management,    P.O. Box 830913,    Birmingham, AL 35283-0913
11610484    +Richard J. Boudreau and Assoc,    5 Industrial Way,    Salem, NH 03079-4866
11610485     Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
11610486    +The Center for Surgery,    475 Diehl Rd.,   Naperville, IL 60563-1353
11610488    +US Dept of Education,    Po Box 5609,    Greenville, TX 75403-5609
11610487     University Fidelity Corp.,    P.O. Box 941911,    Houston, TX 77094-8911
11610489    +Wfnnb/gander Mountain,    4590 E Broad St,    Columbus, OH 43213-1301
11843487     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Dec 07, 2009.
13072792    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 08 2009 00:10:22
              AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12407622    +E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2009 00:12:54      Capital Recovery One,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11726268     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 08 2009 00:10:40
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11610470    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 08 2009 00:10:40      Discover Financial,
              Po Box 3025,   New Albany, OH 43054-3025
11610475    +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2009 00:12:54      Jc Penney,
              Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza, Building 300,    Alpharetta, GA 30005-8738
11816436     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12389331     E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2009 00:12:54
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11739749    +E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2009 00:12:54
              Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 8
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11610477*   +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
11610490*   +Wfnnb/gander Mountain,    4590 E Broad St,    Columbus, OH 43213-1301
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: gbeemster          Page 2 of 2              Date Rcvd: Dec 07, 2009
Case: 07-16804                Form ID: pdf006          Total Noticed: 41

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2009**                    **Signature:**    *Joseph Speetjens*