# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: STEINHOFF, CHRISTOPHER J        Case No. 07-16804
STEINHOFF, CONNIE R

Chapter 7

_____,
            Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $28,802.23<br>*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $9,034.37 | Claims Discharged<br>Without Payment: $112,563.41 |
| Total Expenses of Administration: $1,994.93 | |

3) Total gross receipts of $ 11,029.30 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $11,029.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,994.93 | 1,994.93 | 1,994.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,166.00 | 121,597.78 | 121,597.78 | 9,034.37 |
| **TOTAL DISBURSEMENTS** | $5,166.00 | $123,592.71 | $123,592.71 | $11,029.30 |

4) This case was originally filed under Chapter 7 on September 14, 2007. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By:  /s/BRADLEY J. WALLER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE | 1110-000 | 11,000.00 |
| Interest Income | 1270-000 | 29.30 |
| **TOTAL GROSS RECEIPTS** | | $11,029.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,852.93 | 1,852.93 | 1,852.93 |
| BRADLEY J. WALLER | 2200-000 | N/A | 142.00 | 142.00 | 142.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,994.93 | 1,994.93 | 1,994.93 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 13,941.27 | 13,941.27 | 1,336.46 |
| 2 | Recovery Management Systems Corporation | 7100-000 | N/A | 840.94 | 840.94 | 80.62 |
| 3 | Chase Bank USA | 7100-000 | N/A | 3,544.26 | 3,544.26 | 339.76 |
| 4 | Chase Bank USA | 7100-000 | N/A | 27,733.32 | 27,733.32 | 2,658.61 |
| 5 | Chase Bank USA | 7100-000 | N/A | 12,605.61 | 12,605.61 | 1,208.42 |
| 6 | US Dept of Education | 7100-000 | 5,166.00 | 5,086.82 | 5,086.82 | 487.64 |
| 7 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 2,957.11 | 2,957.11 | 283.48 |
| 8 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 14,491.47 | 14,491.47 | 1,389.20 |
| 9 | eCAST Settlement Corporation assignee of HSBC | 7100-000 | N/A | 12,695.73 | 12,695.73 | 1,217.05 |
| 10 | Federated Retail Holdings, Inc. Marshall Fields | 7100-000 | N/A | 345.59 | 345.59 | 33.13 |
| 11 | American Infosource LP as agent for FIA Card Services | 7200-000 | N/A | 27,355.66 | 27,355.66 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 5,166.00 | 121,597.78 | 121,597.78 | 9,034.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-16804

Case Name: STEINHOFF, CHRISTOPHER J
STEINHOFF, CONNIE R

Period Ending: 04/05/11

Trustee:    (330500)    BRADLEY J. WALLER

Filed (f) or Converted (c): 09/14/07 (f)

§341(a) Meeting Date:    10/18/07

Claims Bar Date:    01/29/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 240,000.00 | 11,000.00 | | 11,000.00 | FA |
| 2 | CHECKING ACCOUNT | 140.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | NECESSARY CLOTHING | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEDDING RING AND MISC JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | NORTHWESTERN MUTUAL LIFE INSURANCE<br>POLICY CONNIE | 6,433.00 | 0.00 | DA | 0.00 | FA |
| 7 | NORTHWESTERN MUTUAL POLICY CHRIS | 12,979.23 | 0.00 | DA | 0.00 | FA |
| 8 | MET LIFE PENSION WITH UNKNOWN VALUE | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | WORKERS COMP CLAIM | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | 2002 CHEVY IMPALA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1994 DODGE RAM TRUCK | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 29.30 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$268,802.23** | **$11,000.00** | | **$11,029.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    December 31, 2008    Current Projected Date Of Final Report (TFR):    December 4, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 07-16804 | |
| **Case Name:** | STEINHOFF, CHRISTOPHER J | |
| | STEINHOFF, CONNIE R | |
| **Taxpayer ID #:** | **-***3917 | |
| **Period Ending:** | 04/05/11 | |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****37-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/07 | {1} | Chris Steinhoff | Compromise Estate's Right, Title and Interst in Debtors' Principal Residence per court order of 12/14/2007. | 1110-000 | 11,000.00 | | 11,000.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 2.51 | | 11,002.51 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 1.64 | | 11,004.15 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 5.03 | | 11,009.18 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 2.25 | | 11,011.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.04 | | 11,013.47 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.53 | | 11,015.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.37 | | 11,016.37 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.40 | | 11,017.77 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.40 | | 11,019.17 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.31 | | 11,020.48 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.44 | | 11,021.92 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.20 | | 11,023.12 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.86 | | 11,023.98 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.78 | | 11,024.76 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 11,025.20 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.41 | | 11,025.61 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.47 | | 11,026.08 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 11,026.52 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 11,026.95 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.47 | | 11,027.42 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.46 | | 11,027.88 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.46 | | 11,028.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 11,028.78 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.44 | | 11,029.22 |
| 11/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.08 | | 11,029.30 |
| 11/06/09 | | To Account #*******3766 | | 9999-000 | | 11,029.30 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **11,029.30** | **11,029.30** | **$0.00** |
| Less: Bank Transfers | 0.00 | 11,029.30 | |
| **Subtotal** | **11,029.30** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,029.30** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2011 10:26 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-16804 |
| **Case Name:** | STEINHOFF, CHRISTOPHER J |
| | STEINHOFF, CONNIE R |
| **Taxpayer ID #:** | **-***3917 |
| **Period Ending:** | 04/05/11 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****37-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/06/09 | | From Account #*******3765 | | 9999-000 | 11,029.30 | | 11,029.30 |
| 01/15/10 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $142.00, Trustee Expenses;  Reference: | 2200-000 | | 142.00 | 10,887.30 |
| 01/15/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,852.93, Trustee Compensation;  Reference: | 2100-000 | | 1,852.93 | 9,034.37 |
| 01/15/10 | 103 | Discover Bank/DFS Services LLC | Dividend paid  9.58% on $13,941.27; Claim# 1; Filed: $13,941.27; Reference: | 7100-000 | | 1,336.46 | 7,697.91 |
| 01/15/10 | 104 | Recovery Management Systems Corporation | Dividend paid  9.58% on $840.94; Claim# 2; Filed: $840.94; Reference: | 7100-000 | | 80.62 | 7,617.29 |
| 01/15/10 | 105 | Chase Bank USA | Dividend paid  9.58% on $3,544.26; Claim# 3; Filed: $3,544.26; Reference: | 7100-000 | | 339.76 | 7,277.53 |
| 01/15/10 | 106 | Chase Bank USA | Dividend paid  9.58% on $27,733.32; Claim# 4; Filed: $27,733.32; Reference: | 7100-000 | | 2,658.61 | 4,618.92 |
| 01/15/10 | 107 | Chase Bank USA | Dividend paid  9.58% on $12,605.61; Claim# 5; Filed: $12,605.61; Reference: | 7100-000 | | 1,208.42 | 3,410.50 |
| 01/15/10 | 108 | US Dept of Education | Dividend paid  9.58% on $5,086.82; Claim# 6; Filed: $5,086.82; Reference: 3526649321 | 7100-000 | | 487.64 | 2,922.86 |
| 01/15/10 | 109 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid  9.58% on $2,957.11; Claim# 7; Filed: $2,957.11; Reference: | 7100-000 | | 283.48 | 2,639.38 |
| 01/15/10 | 110 | LVNV Funding LLC its successors and assigns as Citibank | Dividend paid  9.58% on $14,491.47; Claim# 8; Filed: $14,491.47; Reference: | 7100-000 | | 1,389.20 | 1,250.18 |
| 01/15/10 | 111 | eCAST Settlement Corporation assignee of  HSBC | Dividend paid  9.58% on $12,695.73; Claim# 9; Filed: $12,695.73; Reference: | 7100-000 | | 1,217.05 | 33.13 |
| 01/15/10 | 112 | Federated Retail Holdings, Inc. Marshall Fields | Dividend paid  9.58% on $345.59; Claim# 10; Filed: $345.59; Reference: | 7100-000 | | 33.13 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,029.30 | 11,029.30 | $0.00 |
| Less: Bank Transfers | 11,029.30 | 0.00 | |
| **Subtotal** | 0.00 | 11,029.30 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$11,029.30** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-16804 |
| Case Name: | STEINHOFF, CHRISTOPHER J |
| | STEINHOFF, CONNIE R |
| Taxpayer ID #: | **-***3917 |
| Period Ending: | 04/05/11 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****37-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | (No Transactions on File for this Period) | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****37-65 | 11,029.30 | 0.00 | 0.00 |
| Checking # ***-*****37-66 | 0.00 | 11,029.30 | 0.00 |
| Checking # 9200-*****37-66 | 0.00 | 0.00 | 0.00 |
| | $11,029.30 | $11,029.30 | $0.00 |